INDICTMENT PENALTY SHEET

DEFENDANT:       MATTHEW AARON HAMMEL

YOB:        1979

ADDRESS (CITY/STATE): (CORTEZ – DOLORES / COLORADO)

OFFENSE(S):       **COUNT 1:  21 U.S.C. § 841(a)(1), (b)(1)(A)(vi)**
Possession with Intent to Distribute Fentanyl, a Schedule II
controlled substance, mixture over 400 grams.

**COUNT 2:  21 U.S.C. § 841(a)(1), (b)(1)(B)(viii)**
Possession with Intent to Distribute Methamphetamine, a Schedule
II controlled substance, mixture over 50 grams.

**COUNT 3:  18 U.S.C. § 922(g)**
Possession of Firearm and Ammunition by a Prohibited Person

LOCATION OF OFFENSE:  Saguache County, Colorado

PENALTY:       **COUNT 1**:  NLT 10 years and NMT Life imprisonment, NMT
$10,000,000 fine, or both; NLT 5 years supervised release, and a
$100 special assessment fee.

**COUNT 2**:  NLT 5 years and NMT 40 years imprisonment, NMT
$5,000,000 fine, or both; NLT 4 years supervised release, NMT 5
years supervised release; and a $100 special assessment fee.

**COUNT 3**:  NMT 15 years' imprisonment, $250,000 fine, or both;
NMT 3 years' supervised release; $100 Special Assessment; if the
sentencing enhancement in 18 U.S.C. § 924(e) applies, then NLT
15 years' imprisonment, NMT $250,000 fine, or both; NMT 5 years'
supervised release; $100 Special Assessment.

AGENT:       Kris Myers, Special Agent, DEA

AUTHORIZED BY:  R. Josh Player
Assistant U.S. Attorney

1

ESTIMATED TIME OF TRIAL:

___X___ five days or less     _____ over five days     _____ other

THE GOVERNMENT

Will seek detention in this case pursuant to:

- 3142(f)(1) (C) drug offense with 10 or more; and
- 3142(f)(2)(A) serious risk of flight.

The statutory presumption of detention **is** applicable to this defendant pursuant to 18 U.S.C. 3142(e)(3)(A).

OCDETF CASE:     _____ Yes     ___X___ No